UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| DAVID D. REYNOLDS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 1:18-cv-00303-REB<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon the parties' Stipulation For Dismissal With Prejudice (Dkt. 36), pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, each party to pay its own attorneys' fees and costs. Defendant's Motion for Summary Judgment (Dkt. 31) and Plaintiff's Motion for Partial Summary Judgment (Dkt. 32) are DENIED AS MOOT. The Clerk's Office is directed to close the case.

DATED: June 26, 2019

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**